## Wickersham's Estate (No. 2).

Argued Jan. 11, 1918. Appeal, No. 183, Jan. T., 1917, by Kate Nassali-Rocca, from decree of Orphans' Court, Philadelphia County, Jan. T., 1884, No. 367, dismissing exceptions to adjudication in Estate of Morris S. Wickersham, deceased. Before MESTREZAT, POTTER, STEWART, FRAZER and WALLING, JJ. Affirmed.

Exceptions to adjudication. Before GUMMEY, J.

The facts appear in Wickersham's Est. (No. 1), 261 Pa. 121.

The court dismissed the exceptions in an opinion by ANDERSON, J. Kate Nassali-Rocca appealed.

*Errors assigned* were in dismissing the exceptions.

*George J. Edwards, Jr.,* for appellant.

*Lester B. Johnson,* with him *Lewis H. Van Dusen,* for appellee.

OPINION BY MR. JUSTICE WALLING, April 22, 1918:

In the opinion filed herewith on the appeal of Morris W. Gowen, from the same decree, we have considered the questions here raised and, for reasons there given, this appeal is dismissed at the costs of the appellant.